**No. 45589.**—Protest 811560–G of S. H. Kress & Co. (San Francisco).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 45590.**—Protests 17985–K, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45591.**—Protests 911257–G, etc., of Grand Gaslight, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45592.**—Protests 851058–G, etc., of Allied Stores Corp., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45593.**—Protests 828181–G, etc., of William Liddell & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45594.**—Protests 999857–G, etc., of American Casablancas Corp. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

---

BEFORE THE FIRST DIVISION, MARCH 31, 1941

**No. 45595.**—Protest 776345–G of Oy Wo Tong Co. (San Francisco).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5. Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained as to certain items.

**No. 45596.**—Protest 504135–G of H. W. Peabody & Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise in question is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.